**Rochelle Ann COLTIN, Appellant,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

**No. WD 67315.**

Missouri Court of Appeals,
Western District.

Oct. 23, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 18, 2007.

Rochelle A. Coltin, Chillicothe MO, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, C.J., and BRECKENRIDGE [1] and ELLIS, JJ.

has been reassigned to this court as a special judge for the purpose of disposition of this case.

## Order

PER CURIAM.

Rochelle Coltin appeals the grant of summary judgment in favor of the Missouri Board of Probation and Parole. Coltin argues that summary judgment was improper because there was a genuine issue of material fact regarding whether she was required to serve 80% of her sentence under section 558.019, RSMo (Cum.Supp. 2006). We find that there was no genuine issue of material fact and affirm the trial court's grant of summary judgment.

The judgment of the trial court is affirmed. Rule 84.16(b).